D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
PAUL SINGLETON JR.,

                Plaintiff,

    -against-

NASSAU COUNTY JAIL, Sheriff's Department,
Division of Corrections; NASSAU COUNTY JAIL
GRIEVANCE DEPARTMENT,

                Defendants.
----------------------------------------x

<u>ORDER AND CIVIL JUDGMENT</u>
11-CV-3182 (SJF)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 06 2011 ★

LONG ISLAND OFFICE

FEUERSTEIN, J.

On June 24, 2011, incarcerated <u>pro se</u> plaintiff Paul Singleton, Jr. ("Plaintiff") brought this action pursuant to 42 U.S.C. § 1983 against defendants "Nassau County Jail" and "Nassau County Jail Grievance Department" (together, "Defendants"). Plaintiff subsequently filed an additional set of documents, dated August 8, 2011, which were intended to supplement his complaint. [Docket Entry No. 9].

By order dated August 10, 2011, Plaintiff's claims against Defendants were dismissed with prejudice, and plaintiff was granted leave to file an amended complaint within thirty (30) days from the date of service of the order. [Docket Entry No. 8]. More than thirty (30) days have elapsed, and plaintiff has failed to file an amended complaint or otherwise respond to the Court's August 10, 2011 order. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED** that the action having been previously dismissed with prejudice, judgment is hereby entered. <u>See</u> 28 U.S.C. § 1915A. The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal from this order and judgment would not be taken in good faith and therefore <u>in forma pauperis</u> status is denied for purpose of an appeal. <u>See</u> <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45 (1962).

**SO ORDERED.**

*/s/ Sandra J. Feuerstein*
Sandra J. Feuerstein
United States District Judge

Dated:  Central Islip, New York
December 6, 2011